Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(856) 858-3242
Attorneys for Embrace Home Loans, Inc.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | Order Filed on November 15,<br>2016 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br>Debra A. Rice | Case No.: 16-10241 JNP<br><br>Judge: Jerrold N. Poslusny Jr. |

# ORDER ALLOWING FILING OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 15, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Embrace Home Loans, Inc. to Allow the filing of a Proof of Claim as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim with regard to the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as 109 Emerald Ave, Haddon Township, NJ 08108**

☐ Personal Property More Fully Describes as:

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(856) 858-3242
Attorneys for Embrace Home Loans, Inc.

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Debra A. Rice<br><br>　　　　　　　　DEBTOR | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 16-10241 JNP<br><br>**NOTICE OF MOTION<br>TO ALLOW CLAIM** |

**MOTION OF Embrace Home Loans, Inc.
TO ALLOW CLAIM**

Movant, by and through its Attorney, KML Law Group, P.C., hereby brings this Motion to Allow Claim and in support thereof avers the following;

1. Movant is Embrace Home Loans, Inc.

2. Movant is the holder of a secured claim in the above referenced matter.

3. Movant has prepared a proof of claim for filing, setting forth pre-petition arrears in the amount of $3,813.45. A copy of the proposed proof of claim is attached as Exhibit "A" hereto.

4. The bar date for filing claims was May 04, 2016.

5. The Debtor's confirmed plan provides for payment of arrears to the Movant in the amount of $8,143.52.

6. There will be no prejudice to the Debtor if the Motion to Allow Filing of Claim is allowed.

WHEREFORE, Movant respectfully requests that this Court enter an Order allowing the filing of a Proof of Claim.

Date: October 21, 2016

　　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon, Esquire**
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　(215) 627-1322  FAX (215) 627-7734
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant