Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(856) 858-3242
Attorneys for Embrace Home Loans, Inc.

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-2(c)** | Order Filed on November 15, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey |
|---|---|
| In Re:<br>Debra A. Rice | Case No.: 16-10241 JNP<br><br>Judge: Jerrold N. Poslusny Jr. |

# ORDER ALLOWING FILING OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 15, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Embrace Home Loans, Inc. to Allow the filing of a Proof of Claim as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim with regard to the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as 109 Emerald Ave, Haddon Township, NJ 08108**

- ☐ Personal Property More Fully Describes as:

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(856) 858-3242
Attorneys for Embrace Home Loans, Inc.

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Debra A. Rice<br>　　　　　　　　　DEBTOR | IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br>CASE NO. 16-10241 JNP<br><br>NOTICE OF MOTION<br>TO ALLOW CLAIM |

**MOTION OF Embrace Home Loans, Inc.
TO ALLOW CLAIM**

Movant, by and through its Attorney, KML Law Group, P.C., hereby brings this Motion to Allow Claim and in support thereof avers the following;

1. Movant is Embrace Home Loans, Inc.

2. Movant is the holder of a secured claim in the above referenced matter.

3. Movant has prepared a proof of claim for filing, setting forth pre-petition arrears in the amount of $3,813.45. A copy of the proposed proof of claim is attached as Exhibit "A" hereto.

4. The bar date for filing claims was May 04, 2016.

5. The Debtor's confirmed plan provides for payment of arrears to the Movant in the amount of $8,143.52.

6. There will be no prejudice to the Debtor if the Motion to Allow Filing of Claim is allowed.

WHEREFORE, Movant respectfully requests that this Court enter an Order allowing the filing of a Proof of Claim.

Date: October 21, 2016

　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon, Esquire**
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　(215) 627-1322  FAX (215) 627-7734
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-10241-JNP
Debra A Rice                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1              Date Rcvd: Nov 16, 2016
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.
db            +Debra A Rice,   109 Emerald Avenue,   Westmont, NJ 08108-2401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Joel R. Spivack    on behalf of Debtor Debra A Rice joel@spivacklaw.com,  admin@spivacklaw.com
        Joshua I. Goldman    on behalf of Creditor    Embrace Home Loans, Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                                               TOTAL: 5