**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Debra A Rice | Social Security number or ITIN   xxx–xx–7190 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–10241–JNP | |

# Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Debra A Rice

2/4/21                                                                    **By the court:** Jerrold N. Poslusny Jr.
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Debra A Rice  
    Debtor

Case No. 16-10241-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra A Rice, 109 Emerald Avenue, Westmont, NJ 08108-2401 |
| 515934583 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, Macys Bankruptcy Department, Po Box 8053, Mason, OH 45040 |
| 515934584 | | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 515934585 | + | Embrace Home Loans, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 515934586 | + | Embrace Home Loans, ATTN: Customer Service, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518785916 | | Embrace Home Loans, Inc., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518785917 | + | Embrace Home Loans, Inc., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, Embrace Home Loans, Inc. c/o Rushmore Loan Management Services 92619-2708 |
| 516505871 | + | Embrace Home Loans, Inc., RoundPoint Mortgage Servicing Corporatio, 5016 Parkway Plaza BLVD, Suite 200, Charlotte, NC 28217-1930 |
| 515934590 | + | LoanCare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 515934591 | | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 515934592 | | Loancare Servicing Ctr-Embrace, Interstate Corporate Center, Norfolk, VA 23502 |
| 515991521 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515934595 | + | Phillips & Cohen Associates, Ltd., 1002 Justison Street, Wilmington, DE 19801-5148 |
| 515934597 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 515934596 | | Selip & Sylianou, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 515934598 | + | Stpc/cbsd, CitiCards Private Label Bankruptcy, Po Box 20483, Kansas City, MO 64195-0483 |
| 515934605 | | Us Bank, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515934576 | + | EDI: TSYS2.COM | Feb 05 2021 01:23:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 516091695 | | EDI: BL-BECKET.COM | Feb 05 2021 01:23:00 | Capital One, N.A., c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 515934578 | + | EDI: CITICORP.COM | Feb 05 2021 01:23:00 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 515934579 | + | EDI: WFNNB.COM | Feb 05 2021 01:23:00 | Comenity Bank/Ann Taylor, Po Box 182125, Columbus, OH 43218-2125 |
| 516143248 | + | EDI: WFNNB.COM | Feb 05 2021 01:23:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| | | | |
|---|---|---|---|
| Case 16-10241-JNP | Doc 40 | Filed 02/06/21 | Entered 02/07/21 00:16:52 Desc Imaged |
| | Certificate of Notice | Page 4 of 5 | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 515934580 | + | EDI: WFNNB.COM | Feb 05 2021 01:23:00 | Comenity Capital/jjill, Po Box 182125, Columbus, OH 43218-2125 |
| 515934581 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2021 21:20:59 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516143829 | | EDI: Q3G.COM | Feb 05 2021 01:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 515941875 | | EDI: DISCOVER.COM | Feb 05 2021 01:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515934582 | + | EDI: DISCOVER.COM | Feb 05 2021 01:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 515934588 | | EDI: IRS.COM | Feb 05 2021 01:23:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 515934577 | | EDI: JPMORGANCHASE | Feb 05 2021 01:23:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 515934589 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 04 2021 21:03:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516016525 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 21:21:04 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516146536 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 21:21:05 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515934593 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 21:05:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516101540 | | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Gymboree, POB 41067, Norfolk VA 23541 |
| 515934594 | + | EDI: RMSC.COM | Feb 05 2021 01:23:00 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 516040133 | | EDI: Q3G.COM | Feb 05 2021 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 515976111 | | EDI: Q3G.COM | Feb 05 2021 01:23:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516047024 | | EDI: Q3G.COM | Feb 05 2021 01:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518054653 | + | Email/Text: bncmail@w-legal.com | Feb 04 2021 21:05:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518054652 | + | Email/Text: bncmail@w-legal.com | Feb 04 2021 21:05:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 515934599 | + | EDI: RMSC.COM | Feb 05 2021 01:23:00 | Syncb/toysrus, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 515934600 | + | EDI: RMSC.COM | Feb 05 2021 01:23:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 515934601 | + | EDI: RMSC.COM | Feb 05 2021 01:23:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516143252 | + | Email/Text: bncmail@w-legal.com | Feb 04 2021 21:05:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

Case 16-10241-JNP   Doc 40   Filed 02/06/21   Entered 02/07/21 00:16:52   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 49 |

| 515934602 | + EDI: WTRRNBANK.COM | | Feb 05 2021 01:23:00 | 400, SEATTLE, WA 98121-3132 |
|---|---|---|---|---|
| | | | | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 515934603 | EDI: WTRRNBANK.COM | | Feb 05 2021 01:23:00 | Target National Bank, c/o Target Credit Services, PO Box 673, Minneapolis, MN 55440-0673 |
| 515934604 | EDI: WTRRNBANK.COM | | Feb 05 2021 01:23:00 | Target National Bank, 3901 West 53rd Street, Sioux Falls, SD 57106-4216 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515934587 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 515992130 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Embrace Home Loans Inc. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Embrace Home Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joel R. Spivack | on behalf of Debtor Debra A Rice joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |
| Joshua I. Goldman | on behalf of Creditor Embrace Home Loans Inc. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Embrace Home Loans Inc. rsolarz@kmllawgroup.com |

TOTAL: 7